# Court of Appeals
# of the State of Georgia

ATLANTA, December 21, 2012

*The Court of Appeals hereby passes the following order:*

## A13A0456. JAMES ALLEN ZOW, SR. v. REGIONS FINANCIAL CORPORATION et al.

This Court has received notice that Appellant, James Allen Zow, Sr., has filed a bankruptcy petition in the United States Bankruptcy Court for the Southern District of Georgia, Case No. 12-41944-LWD. Consequently, Appellees have filed a motion to stay this appeal, along with a motion for an extension of time to file their brief, until the termination of the Appellant's bankruptcy case. Although 11 USC § 362 (a) (1) provides that the filing of a bankruptcy petition operates as an automatic stay as to all judicial proceedings involving a debtor, the appellate courts in this state are constitutionally required to dispose of every appeal at the term of court in which it was entered on the court's docket for hearing or at the next term of court.[1]

Therefore, it is hereby ordered that this case be REMANDED to the trial court until such time as the bankruptcy court terminates the automatic stay; grants appropriate relief from the automatic stay; or otherwise determines that the provisions of the automatic stay do not apply to the parties or issues involved in this appeal.[2] Appellant shall be entitled to re-file his appeal within 30 days following the date that the bankruptcy court lifts the automatic stay, grants relief from the stay, or rules that the stay does not apply in this case.

---

[1] 1983 Ga. Const., Art. VI, Sec. IX, Para. II.

[2] See *Harkleroad & Hermance, P.C. v. Stringer*, 220 Ga. App. 906, 907 (1) (472 SE2d 308) (1996).



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,* 12/21/2012
    *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*